UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Auto-Owners Insurance Company,  Civil No. 09-1407 (RHK/AJB)

              Plaintiff,  **ORDER**

vs.

Kottkes' Bus Service, Inc., a Minnesota corporation;
Jane Does and John Does, Board of Directors of Kottkes'
Bus Service, Inc., individually and as agents of Kottkes'
Bus Service, Inc.; and, Charles M. Peterson, individually and
as President of Kottkes' Bus Service, Inc., National Interstate
Insurance Company, Rick Allen Weber, individually and as
Conservator and Guardian of Tammy Michele Weber; Cha Vang
for M.L.V., Kari Manning for J.M., Marla Reynoso, individually
and for A.M.C., Kelly McGinley, individually and for D.J.M.C.,
Jeremy LeMire, individually and for L.S.L., Julie Montgomery and
John Montgomery, individually and for D.D.M., and Kathy Koep,
individually and for A.K.K.

              Defendants.
_____


Pursuant to the Stipulation (Doc. No. 12), **IT IS ORDERED** that Plaintiff's claims for declaratory relief against Defendant Kathy Koep, individually and for A.K.K., are **DISMISSED WITHOUT PREJUDICE** and without costs to any party provided, however, that Plaintiff and Defendant Kathy Koep, individually and for A.K.K., shall each be bound by the final decision of this Court with regard to any issues decided herein, as if Defendant Kathy Koep, individually and for

A.K.K., was a party to this litigation at the time of the Court's final decision, this dismissal without prejudice, notwithstanding.

Dated: August 18, 2009

                                           s/Richard H. Kyle
                                           RICHARD H. KYLE
                                           United States District Judge