# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| Auto-Owners Insurance Company, | Civil No. 09-1407 (RHK/AJB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Kottkes' Bus Service, Inc., a Minnesota corporation; Jane Does and John Does, Board of Directors of Kottkes' Bus Service, Inc., individually and as agents of Kottkes' Bus Service, Inc.; and, Charles M. Peterson, individually and as President of Kottkes' Bus Service, Inc., National Interstate Insurance Company, Rick Allen Weber, individually and as Conservator and Guardian of Tammy Michele Weber; Cha Vang for M.L.V., Kari Manning for J.M., Marla Reynoso, individually and for A.M.C., Kelly McGinley, individually and for D.J.M.C., Jeremy LeMire, individually and for L.S.L., Julie Montgomery and John Montgomery, individually and for D.D.M, and Kathy Koep, individually and for A.K.K., | |
| Defendants. | |

_____

Pursuant to the parties' Stipulation (Doc. No. 16), **IT IS ORDERED** that Plaintiff's claims for declaratory relief against Defendant Kari Manning for J.M. are hereby **DISMISSED WITHOUT PREJUDICE** and without costs to any party provided, however, that Plaintiff and Defendant Kari Manning for J.M. shall both be bound by the final decision of this Court with regard to any issues decided herein, as if Defendant Kari Manning for J.M. was a party to this litigation at the time of the Court's final decision, this dismissal without prejudice, notwithstanding.

Dated: August 24, 2009

                                                                                 s/Richard H. Kyle
                                                                                 RICHARD H. KYLE
                                                                                 United States District Judge