# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Auto-Owners Insurance Company, | Civil No. 09-1407 (RHK/AJB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Kottkes' Bus Service, Inc., a Minnesota corporation; Jane Does and John Does, Board of Directors of Kottkes' Bus Service, Inc., individually and as agents of Kottkes' Bus Service, Inc.; and, Charles M. Peterson, individually and as President of Kottkes' Bus Service, Inc., National Interstate Insurance Company, Rick Allen Weber, individually and as Conservator and Guardian of Tammy Michele Weber; Cha Vang for M.L.V., Kari Manning for J.M., Marla Reynoso, individually and for A.M.C., Kelly McGinley, individually and for D.J.M.C., Jeremy LeMire, individually and for L.S.L., Julie Montgomery and John Montgomery, individually and for D.D.M, and Kathy Koep, individually and for A.K.K., | |
| Defendants. | |

_____

Pursuant to the parties' Stipulation (Doc. No. 20), **IT IS ORDERED** that Plaintiff's claims for declaratory relief against Defendant Cha Vang for M.L.V. are hereby **DISMISSED WITHOUT PREJUDICE** and without costs to any party provided, however, that Plaintiff and Defendant Cha Vang for M.L.V. shall both be bound by the final decision of this Court with regard to any issues decided herein, as if Defendant Cha Vang for M.L.V. was a party to this litigation at the

time of the Court's final decision, this dismissal without prejudice, notwithstanding.

Dated:  September 2, 2009

s/Richard H. Kyle  
RICHARD H. KYLE  
United States District Judge