# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Auto-Owners Insurance Company, | Civil No. 09-1407 (RHK/AJB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Kottkes' Bus Service, Inc., a Minnesota corporation; Jane Does and John Does; Board of Directors of Kottkes' Bus Service, Inc., individually and as agents of Kottkes' Bus Service, Inc.; and, Charles M. Peterson, individually and as President of Kottkes' Bus Service, Inc.; National Interstate Insurance Company; Rick Allen Weber, individually and as Conservator and Guardian of Tammy Michele Weber; Cha Vang for M.L.V.; Kari Manning for J.M.; Marla Reynoso, individually and for A.M.C.; Kelly McGinley, individually and for D.J.M.C.; Jeremy LeMire, individually and for L.S.L.; Julie Montgomery and John Montgomery, individually and for D.D.M.; Kathy Koep, individually and for A.K.K.; and David Minikus, individually and as father and natural guardian of D.M., | |
| Defendants. | |

_____

Pursuant to the parties' Stipulation (Doc. No. 57), the above-entitled action, including all crossclaims, counterclaims and third-party claims, is hereby **DISMISSED WITH PREJUDICE** on the merits and without cost to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 23, 2010

                 s/Richard H. Kyle
                 RICHARD H. KYLE
                 United States District Judge